# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NOCO COMPANY, | ) | CASE NO. 1:23-CV-1476 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| PETOLAM LLC, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the contemporaneously filed Order, Plaintiff's motion for default judgment is **GRANTED**. This case is closed.

**IT IS SO ORDERED.**

**Date:  December 14, 2023**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**